PROB 12B
(7/93)

Report Date: June 13, 2006

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 20 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Seth Ryan Eich             Case Number: 2:06CR02065-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Court

Date of Original Sentence: 7/20/2000         Type of Supervision: Supervised Release

Original Offense: Possession of an Unregistered Firearm, 26 U.S.C. § 5861(d)             Date Supervision Commenced: 4/23/2004

Original Sentence: Prison - 52 Months; TSR - 36 Months             Date Supervision Expires: 4/22/2007

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

15   You shall complete 100 hours of community service work, at the rate of not less than 16 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed no later than March 1, 2007.

16   You shall participate in the home confinement program for 90 days. You shall abide by all the requirements of the program, which will not include electronic monitoring or other location verification systems. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence every day from 8 p.m. to 5 a.m., as directed by the supervising probation officer.

17   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

18   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

19   You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

## CAUSE

On March 18, 2006, the offender was arrested in Union Gap, Washington, for the offense of driving under the influence. He pled guilty to this offense on March 21, 2006, in Union Gap Municipal Court case number 32772. The offender immediately notified the probation officer of his arrest and pled guilty at his first court appearance. The offender reported to the probation officer, he was celebrating the birth of his first child and drank too much. The offender enrolled in and completed residential treatment at the James Oldham Treatment Center on May 18, 2006, and is currently participating in outpatient treatment at Triumph Treatment Services. The offender's last violation behavior occurred in May 2005, when he submitted a positive urine test for marijuana. The court in Louisiana was notified with no action requested by the probation officer, as the offender was participating in treatment.

The offender was originally sentenced in the Western District of Louisiana. Transfer of jurisdiction to the Eastern District of Washington was requested and approved on April 10, 2006, as a result of the offender's new arrest. The offender began supervision on April 23, 2004. He has been on supervision for 2 years. The offender has been employed on a full-time basis for most of his supervision period. He is currently employed by Columbia Asphalt, as a laborer.

The requested modifications provide consequences for the new law violation, while allowing the offender to maintain employment to support his family and participate in substance abuse aftercare treatment. The urine and alcohol testing conditions are required to be in compliance with recent 9th Circuit case law. The offender has agreed to the requested modifications of his supervised release and has signed a waiver which is enclosed. It is respectfully recommended that the Court take judicial notice of the indicated violation behavior, but take no further action other than order the requested modifications.

Respectfully submitted,

by Kevin Crawford
U.S. Probation Officer
Date: June 13, 2006

---

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

6/20/06
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

15    You shall complete 100 hours of community service work, at the rate of not less than 16 hours per month at a not-for-profit site approved in advance by the supervising probation officer.  The hours are to be completed no later than March 1, 2007.

16    You shall participate in the home confinement program for 90 days.  You shall abide by all the requirements of the program, which will not include electronic monitoring or other location verification systems.  You shall pay all or part of the costs of the program based upon your ability to pay.  You are restricted to your residence every day from 8 p.m. to 5 a.m., as directed by the supervising probation officer.

17    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

18    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

19    You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

Witness: _____  Signed: _____
              Kevin Crawford                                    Seth Ryan Eich
        U.S. Probation Officer                          Probationer or Supervised Releasee

June 15, 2006
_____
Date